## LETICIA ESCAMILLA DAILY WORK LOG

| DATE | Volume # | Exhibit(s) or testimony taken or trial event (e.g., voir dire/opening/closing) & Number of Pages Completed on this Date by you or anyone that assists, i.e. another court reporter, scopist or any other person assisting and their name. | Volume(s) Filed on this Date* (TAMES RSP) *If any |
|------|----------|------|------|
|      |          |      |      |
|      |          |      |      |
|      |          |      |      |
|      |          |      |      |
|      |          |      |      |
|      |          |      |      |

# LETICIA ESCAMILLA DAILY WORK LOG

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |